IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| ALANEUA D. DUCKETT,<br>    Plaintiff,<br>      v.<br><br>HUNTER GROVE, 3RD GROUP<br>PROPERTIES,<br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:13-CV-675-TWT |

ORDER

This is a pro se civil action in which the Plaintiff alleges that her landlord failed to deal with her plumbing problems. It is before the Court for a frivolity review. A claim is frivolous "where it lacks an arguable basis either in law or in fact." Neitzke v. Williams, 490 U.S. 319, 325 (1989). A complaint may be dismissed for failure to state a claim on which relief may be granted when it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief. Scheuer v. Rhodes, 416 U.S. 232, 236 (1974). This includes claims describing fantastic or delusional scenarios, claims with which federal district judges are all too familiar. Denton v. Hernandez, 504 U. S. 25, 32 (1992). The Plaintiff fails to allege

any facts that would establish subject matter jurisdiction.  This action is DISMISSED as frivolous.

      SO ORDERED, this 29 day of March, 2013.

                                      /s/Thomas W. Thrash
                                      THOMAS W. THRASH, JR.
                                      United States District Judge